UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Islam, Plaintiff(s), v. Steiner, Defendant(s). | 24-CV-10064 (DEH) ORDER |

DALE E. HO, United States District Judge:

On March 2, 2026, this Court granted Defendant's motion to dismiss when it adopted the Magistrate Judge Moses's Report and Recommendation. ECF No. 28. In that Opinion, the Court stated "Mr. Islam may file a letter seeking permission to file an Amended Complaint by April 2, 2026." *Id.* at 2.

To date, Mr. Islam has not sought leave to amend. As a courtesy, and given Plaintiff's pro se status, the Court extends that deadline to **August 28, 2026**. If Plaintiff does not seek leave to amend by that date, or otherwise seek an extension, the case will be dismissed.

The Clerk of Court is directed to mail a copy of this Order to Mr. Islam and note service on the docket.

SO ORDERED.

Dated: August 14, 2026
New York, New York

DALE E. HO
United States District Judge